# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00306-CR

**Robert Lee Martin, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
## NO. D-1-DC-95-955530, HONORABLE DAVID CRAIN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant was convicted of aggravated sexual assault in 2001 and was sentenced to life imprisonment and assessed a $10,000 fine. In February 2013, appellant filed a motion to vacate the fine, and the trial court denied his motion on March 28, 2013. Appellant then filed this appeal, complaining of the trial court's order. The trial court has certified that the order of which appellant complains is not an appealable order and that appellant has no right to appeal. *See* Tex. R. App. P. 25.2(a)(2). We therefore dismiss the appeal. Tex. R. App. P. 25.2(d) (if trial court does not certify that defendant has right to appeal, "appeal must be dismissed").

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed

Filed: August 9, 2013

Do Not Publish